IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. No. 13-cv- 02884-AP

Kyria Kelly VanSickle,

    Plaintiff,

v.

CAROLYN COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Virginia Card Smith<br>1763 Franklin Street<br>Denver, CO 80218<br>Telephone: (303) 394-9945<br>Facsimile: (303) 832-6947<br>vsmith3470@aol.com | Christina J. Valerio<br>Assistant Regional Counsel<br>Social Security Administration<br>Office of General Counsel<br>Region VIII<br>1961 Stout, Suite 4169<br>Denver, CO 80294<br>Telephone: (303) 844-7348<br>Facsimile: (303) 844-0770<br>Christina.valerio@ssa.gov |

### 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

### 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    Date Complaint Was Filed:    October 22, 2013

    B.    Date Complaint Was Served on U.S. Attorney's Office: November 8, 2013

    C.    Date Answer and Administrative Record Were Filed: February 3, 2014

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.
To the best of her knowledge, Defendant states that the record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

7. **OTHER MATTERS**

The parties state that there are no other matters.

8. **BRIEFING SCHEDULE**

The parties agreed to the following schedule:

    A.    Plaintiff's Opening Brief Due:    April 14, 2014

    B.    Defendant's Response Brief Due:    May 14, 2014

    C.    Plaintiff's Reply Brief (If Any) Due:    May 29, 2014

9. **STATEMENTS REGARDING ORAL ARGUMENT**

    A.    Plaintiff's Statement:    Plaintiff requests oral argument.

    B.    Defendant's Statement:    Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

A.  ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.  ( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11.  **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 26th day of February, 2014.

BY THE COURT:

s/ John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

JOHN F. WALSH
UNITED STATES ATTORNEY

J. BENEDICT GARCÍA
Assistant United States Attorney
United States Attorney's Office
District of Colorado

*s/ Virginia Card Smith*
Virginia Card Smith
1763 Franklin Street
Denver, CO 80218
Telephone: (303) 394-9945
Facsimile: (303) 832-6947
vsmith3470@aol.com

*s/ Christina J. Valerio*
Christina J. Valerio
Assistant Regional Counsel
Social Security Administration
Office of General Counsel, Region VIII
1961 Stout, Suite 4169
Denver, CO 80294
Telephone: (303) 844-7348
Facsimile: (303) 844-0770
Christina.valerio@ssa.gov